UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT AUTHORIZING THE            09 - M - 462
DISCLOSURE OF DATA RELATING TO
A SPECIFIED CELLULAR TELEPHONE

### RETURN AFFIDAVIT

Gerald Shinneman, being duly sworn, deposes and says:

1. I am a Special Agent assigned to the Milwaukee Field Office of the Federal Bureau of Investigation. I have been a Special Agent with FBI since January 2002. I am currently involved in the investigation of Alexander Dobek and others.

2. The following is based on first-hand knowledge and on information provided by other law enforcement agents involved in this investigation.

3. In an order issued on May 6, 2009, under Application No. 09-M-462, this Court authorized agents to monitor cell-site activations on a real time basis for an AT&T cellular telephone assigned mobile identification number 414-477-6496. telephone).

4. Agents began monitoring the cell-site activations on May 7, 2009. Monitoring continued pursuant to this Court's order until June 15, 2009. During the monitoring period, case agents were able to track the general location of the target telephone, which aided in the investigation of the target and others.

I declare under penalty of perjury that the foregoing is true and correct.

GERALD SHINNEMAN
FBI Special Agent

SWORN to and subscribe before me
this 2nd day of September, 2009.
                October

WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge